UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dominique Moreno-Baltierra, )
)
    Plaintiff, )
)
v. )   Civil Action No. *13-1902*
)
United States )
Health & Human Services *et al.*, )
)
    Defendants. )
)

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Plaintiff purports to sue the U.S. Department of Health and Human Services and the States of California and Kentucky, or agencies within those states. The complaint, however, consists of incoherent statements and various unexplained attachments. Since the complaint provides no notice of a claim, it fails to comply with Rule 8(a) and, thus, will be dismissed. A separate Order accompanies this Memorandum Opinion.

_____
United States District Judge

Date: November 8th, 2013